Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-668**

**Effective Date of Registration:**
June 27, 2025
**Registration Decision Date:**
August 04, 2025

## Title

**Title of Work:** Four funny cows looking at the camera

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 11, 2016
**Nation of 1st Publication:** Iceland

## Author

- **Author:** Birkir Eythor Asgeirsson
  **Author Created:** photograph
  **Citizen of:** Iceland

## Copyright Claimant

**Copyright Claimant:** Birkir Eythor Asgeirsson
Klapparhlid 30, Mosfellsbaer, 270, Iceland

## Rights and Permissions

**Name:** Birkir Eythor Asgeirsson
**Email:** birkir1989@gmail.com
**Address:** Klapparhlid 30
Mosfellsbaer 270 Iceland

## Certification

**Name:** David Denholm
**Date:** June 27, 2025
**Applicant's Tracking Number:** BA2025062701

